IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:16-cv-00427-CSM |
| EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) ) ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Continental Resources, Inc., and Defendant, Employers Mutual Casualty Company, hereby voluntarily dismiss all claims asserted in this action without prejudice.

Respectfully submitted,

/s/ Nicholas V. Merkley
Nicholas ("Nick") V. Merkley
Oklahoma Bar No. 20284
Ryan A. Pittman
Oklahoma Bar No. 31187
North Dakota ID No. 07788
GABLEGOTWALS
One Leadership Square, 15th Floor
211 North Robinson
Oklahoma City, OK 73102-7255
Telephone: (405) 235-5500
Facsimile: (405) 235-2875

Attorneys for Continental Resources, Inc.

/s/ Signed by filing attorney with permission
L. Kathleen Chaney
LAMBDIN & CHANEY, LLP
4949 S. Syracuse Street, Suite 600
Denver, Colorado 80237
Telephone: (303) 799-8889
Facsimile: (303) 799-3700
E-mail: kchaney@lclaw.net

Attorney for Defendant/Counterclaimant

{S385165;}                              1

## CERTIFICATE OF SERVICE

This certifies that on March 3, 2017, I transmitted the above document to the Clerk of Court via the CM/ECF system for filing. Accordingly, a notice of electronic filing will be transmitted automatically to:

Kathleen Chaney – kchaney@lclaw.net

/s/ Nicholas V. Merkley